EXHIBIT

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | No. 04 B 13322 |
| CKG RESTAURANT GROUP, INC., | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | Judge Jack B. Schmetterer |
| | ) | |
| | ) | |
| JAY A. STEINBERG, not individually, | ) | Adversary No. 06-00911 |
| but solely as Chapter 7 trustee for the | ) | |
| bankruptcy estate of CKG Restaurant | ) | |
| Group, Inc., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Hearing Date: June 9, 2009 |
| DANIEL CUMMINS | ) | Hearing Time: 9:30 a.m. |
| | ) | |
| Defendant. | ) | |

## FINDING OF FACT AND CONCLUSIONS OF LAW

### Findings of Fact

1.  CKG Restaurant Group, Inc. ("Debtor") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on April 5, 2004 ("Petition Date").

2.  The case was converted to chapter 7 on May 13, 2004.

3.  Jay A. Steinberg was appointed on May 18, 2004, as Trustee of this case.

4.  Upon information and belief, Defendant resides at 12 South Northwest Highway, Park Ridge, Illinois 60068.

5.  On or within 90 days prior to the Petition Date ("Preference Period"), the Debtor made one or more transfers to Defendant in the total amount of $15,000 (collectively, the "Transfers"), including, but not limited to, those Transfers listed on the attached Exhibit A,

which is incorporated herein by reference.

6. Plaintiff previously sent a letter to Defendant, demanding the return of the Transfers ("Demand Letter").

7. Defendant has failed and refused to return the Transfers to Plaintiff as requested.

8. Plaintiff filed his complaint for avoidance of the Transfers as preferential and for their recovery against the Defendant on April 4, 2006.

9. On May 8, 2009, Plaintiff filed the underlying motion for entry of a default judgment against Defendant, returnable on June 9, 2009.

10. Defendant failed to appear, answer or otherwise plead in this case.

## Conclusions of Law

11. The Transfers were transfers of an interest of the Debtor in property.

12. The Transfers were to or for the benefit of Defendant.

13. At the time of the Transfers, Defendant was a creditor of the Debtor within the meaning of §101(10)(A) of the Bankruptcy Code.

14. Each Transfer was for or on account of an antecedent debt owed by the Debtor to Defendant before such Transfer was made.

15. The Debtor was insolvent at all times during the Preference Period.

16. Each Transfer allowed Defendant to receive more than Defendant would otherwise have received if (a) the transferring Debtor's case was one pending under Chapter 7 of the Bankruptcy Code, (b) the Transfer had not been made, and (c) Defendant received payment of such debt to the extent provided by the provisions of the Bankruptcy Code.

17. By reason of the foregoing, the Transfers constitute avoidable preferences and Plaintiff is entitled to an order and judgment under 11 U.S.C. §547 avoiding the Transfers.

{00031295.DOC/v1/3182/020/2/21/2007 01:55 PM}

18. Defendant is the initial transferee of the Transfers or the entity for whose benefit the Transfers were made, or the immediate or mediate transferee of the initial transferee receiving such Transfers.

19. Pursuant to 11 U.S.C. §550(a), once the Transfers are avoided, Plaintiff is entitled to recover from Defendant the Transfers or the value of the Transfers.

20. Defendant is liable to the Plaintiff for the amount of the Transfers as preferential.

Dated: May __ 2009

Jay A. Steinberg, not individually but solely as
chapter 7 Trustee for CRG Restaurant Group, Inc.

By:   /s/   Jason R. Sleezer
        One of his Attorneys

Eugene S. Kraus (6201457)
Jason R. Sleezer (6285180)
Scott & Kraus, LLC
150 South Wacker Drive
Suite 2900
Chicago, IL 60610
(312) 327-1050
(312) 327-1051 fax

**MAY 21 2010**

{00031295.DOC/v1/3182/020/2/21/2007 01:55 PM}

Exhibit A

| Payee | Check Date | Check No. | Amount | Check Cleared | Company Name |
|---|---|---|---|---|---|
| Dan Cummins | 3/19/04 | 1452 | $5,000.00 | 3/24/04 | Biggs Steakhouse |
| Dan Cummins | 2/19/04 | 1289 | $5,000.00 | 2/26/04 | Biggs Steakhouse |
| Dan Cummins | 3/9/04 | 593002 | $5,000.00 | 3/9/04 | Biggs Steakhouse |
| | | Total | $15,000.00 | | |

{00016145.DOC/3182/008/4/4/2006 11:00 AM}

1